IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 1:19-cv-04871 |
| v. | Judge Gary Feinerman |
| WHITEPAGES, INC., | Mag. Judge Jeffrey T. Gilbert |
| Defendant. | |

## **WHITEPAGES, INC.'S NOTICE OF CONSTITUTIONAL CHALLENGE**

Pursuant to Federal Rule of Civil Procedure 5.1, Whitepages, Inc. ("Whitepages") hereby gives notice that it is challenging the constitutionally of the Illinois Right of Publicity Act, 765 ILCS § 1075/1, *et seq.* ("IRPA"), as it was applied to the Complaint in the Court's Memorandum Opinion and Order denying Whitepages' Motion to Dismiss (the "Order"). (ECF No. 37.) The Court's treatment of IRPA in the Order is unconstitutional under the First and Fourteenth Amendments of the U.S. Constitution and Article I, Section 4 of the Illinois Constitution for the reasons set forth in Whitepages' Motion for Reconsideration (ECF Nos. 40, 41) and Whitepages' Motion to Amend the April 16, 2020 Memorandum and Order to Include Certification Under 28 U.S.C. § 1292(b). (ECF Nos. 43, 44.)

Respectfully submitted,

WHITEPAGES, INC.

By:   /s/ Blaine C. Kimrey
       One of its attorneys

Blaine C. Kimrey
Jonathon P. Reinisch
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Dated: May 19, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2020, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Additionally, a copy of this Notice, Whitepages' Motion for Reconsideration (ECF Nos. 40, 41), and Whitepages' Motion to Amend the April 16, 2020 Memorandum and Order to Include Certification Under 28 U.S.C. § 1292(b) (ECF Nos. 43, 44) are being served on the Attorney General of Illinois via registered U.S. Mail to the following address:

    Kwame Raoul, Esq., Illinois Attorney General
    Chicago Main Office
    100 West Randolph Street
    Chicago, IL 60601

                                                    /s/ Blaine C. Kimrey
                                                    Blaine C. Kimrey