-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS, MANTAS NORVAISAS, and SHAWN BROWN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC.,<br><br>      Defendant. | No. 1:19-cv-04871<br><br>Judge Gary Feinerman<br><br>Mag. Judge Jeffrey Gilbert |

## **DEFENDANT WHITEPAGES, INC.'S NOTICE OF APPEAL**

Notice is hereby given that defendant Whitepages, Inc. appeals pursuant to 9 U.S.C. §§ 16(a)(1)(A) and (B) to the United States Court of Appeals for the Seventh Circuit from the District Court's Memorandum Opinion and Order dated April 23, 2021 (Docket Entry 175), which denied Whitepages, Inc.'s Motion to Dismiss or Transfer Based on Arbitrability ("Motion to Compel Arbitration.")

Dated: May 4, 2021                                                      Respectfully submitted,

                                                                 WHITEPAGES, INC.

                                                                 By:   */s/ Blaine C. Kimrey*
                                                                         One of its attorneys

Blaine C. Kimrey – bkimrey@vedderprice.com
Bryan K. Clark – bclark@vedderprice.com
Jonathon P. Reinisch – jreinisch@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2021, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Blaine C. Kimrey*
Blaine C. Kimrey