**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE LUKIS, MANTAS NORVAISAS, and SHAWN BROWN, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 1:19-cv-04871 |
| v. | Judge Gary Feinerman |
| | Mag. Judge Jeffrey Gilbert |
| WHITEPAGES, INC., | |
| Defendant. | |

## WHITEPAGES, INC.'S
## MOTION TO STAY OR, ALTERNATIVELY, LIMIT DISCOVERY

Defendant Whitepages, Inc. ("Whitepages") respectfully moves for the Court to stay this proceeding in its entirety pending resolution of Whitepages' appeal of arbitrability as to plaintiff Stephanie Lukis. *See* Notice of Appeal, ECF 181. This stay request includes not only Lukis's claim, which clearly should be stayed under the relevant Seventh Circuit precedent, but also the claims of plaintiffs Mantas Norvaisas and Shawn Brown, which are simply copies of Lukis's claim. Moreover, the claims of Norvaisas and Brown should be stayed based on Whitepages' arbitrability motion against them. *See* ECF 182-183. Alternatively, at minimum, Whitepages requests that the Court limit discovery to only the arbitration issues raised in Whitepages' motion.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying Memorandum of Law, Whitepages respectfully requests that the Court stay the proceeding generally pending resolution of the arbitrability appeal. If, however, the Court finds the appeal does not justify a general stay that includes the claims of Norvaisas and Brown, Whitepages

respectfully requests that the Court stay the case as to them pending a decision on Whitepages'
dismissal/transfer motion. Finally, if the Court is unwilling to stay discovery generally as to
Norvaisas and Brown based on the dismissal/transfer motion, Whitepages respectfully requests
that the Court limit discovery to the question of arbitrability of Norvaisas's and Brown's claims.

Dated:  May 4, 2021

Respectfully submitted,

WHITEPAGES, INC.

By:    _/s/ Blaine C. Kimrey_
One of its attorneys

Blaine C. Kimrey – bkimrey@vedderprice.com
Bryan K. Clark – bclark@vedderprice.com
Jonathon P. Reinisch – jreinisch@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, a copy of the foregoing was electronically filed in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Blaine C. Kimrey*
Blaine C. Kimrey