# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS, MANTAS NORVAISAS, and SHAWN BROWN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WHITEPAGES INC.,<br><br>*Defendant*. | Case No. 19-cv-4871<br><br>Honorable Gary Feinerman |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Stephanie Lukis, Mantas Norvaisas, and Shawn Brown, and defendant Whitepages Inc., respectfully request that the Court stay these proceedings pending the parties' upcoming mediation, which is scheduled for September 21, 2021. In support of this joint motion, the parties state as follows:

1. The parties have agreed to mediate this matter with the Honorable Sidney Schenkier (Ret.) of JAMS. The mediation is scheduled for September 21, 2021.

2. A stay of these proceedings pending mediation would preserve judicial and party resources and allow the parties to focus their efforts on preparing for and participating in the upcoming mediation session with Judge Schenkier.

3. The parties anticipate the need to exchange certain information relevant to the mediation during the stay period but have otherwise agreed, subject to Court approval, that all deadlines should be postponed, and no formal discovery undertaken, until the stay is lifted.

4. The parties agree that the stay will not prejudice any party in any way and that the period of the stay will not be included in any determination of timeliness of any action.

5. The parties will file a Joint Status Report no later than October 15, 2021, notifying the Court of the status of the matter.

6. Counsel for the defendant has reviewed this motion and has asked that it be filed on all parties' behalf.

**WHEREFORE**, the parties jointly move for an order (i) staying these proceedings, including all discovery, (ii) directing the parties to submit a Joint Status Report no later than October 15, 2021, and (iii) providing such other relief as the Court deems reasonable and just.

Respectfully submitted,

**STEPHANIE LUKIS, MANTAS NORVAISAS, and SHAWN BROWN,**

Dated: July 15, 2021

By: /s/ Ari J. Scharg
One of Plaintiffs' Attorneys

Roberto L. Costales, Esq.
rlc@beaumontcostales.com
William H. Beaumont, Esq.
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Tel: 773.831.8000

Benjamin Richman
brichman@edelson.com
Ari Scharg
ascharg@edelson.com
EDELSON PC
350 North Lasalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Philip L. Fraietta (*Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, PA
888 Seventh Avenue

New York, New York 10019
Tel: 646.837.7150

*Attorneys for Plaintiffs and the Putative Class*

**WHITEPAGES INC.**

Dated: July 15, 2021          By: /s/ Blaine C. Kimrey (with authorization)

Blaine C. Kimrey
bkimrey@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel: (312) 609-7500

*Attorney for Defendant*