IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS, MANTAS NORVAISAS, and SHAWN BROWN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WHITEPAGES, INC.,<br><br>*Defendant*. | Case No. 19-cv-4871<br><br>Honorable Gary Feinerman |

## JOINT STATUS REPORT

Pursuant to the Court's January 27, 2022 Order (ECF 236), plaintiffs Stephanie Lukis, Mantas Norvaisas, and Shawn Brown and defendant Whitepages, Inc. respectfully submit the following Joint Status Report:

1. Since filing their last status report on January 24, 2022, the parties have continued to work together drafting a formal written settlement agreement to be signed by all parties.

2. The settlement would be a global settlement resolving this case and *Kolebuck-Utz v. Whitepages Inc.*, No. 2:2021-cv-00053 (W.D. Wash.), a case that alleges similar claims against Whitepages under Ohio law. If the settlement is finalized in a formal written settlement agreement acceptable to and signed by all parties, it would include two separate settlement classes—an Illinois settlement class and an Ohio settlement class.

3. Since filing their status report on January 27, the parties have made substantial progress in finalizing their settlement agreement—however they require additional time to do so.

4. The parties are working toward filing a motion for preliminary approval of their class action settlement within the next 21 days.

5.  The parties request that this case remain stayed while they undertake these efforts.

Dated: February 24, 2022                Respectfully submitted,

**STEPHANIE LUKIS, MANTAS NORVAISAS, and SHAWN BROWN,**

By: /s/ Roberto Costales
Roberto L. Costales, Esq.
rlc@beaumontcostales.com
William H. Beaumont, Esq.
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Tel: 773.831.8000

Benjamin Richman
brichman@edelson.com
Ari Scharg
ascharg@edelson.com
EDELSON PC
350 North Lasalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Philip L. Fraietta (*Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, PA
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150

*Attorneys for plaintiffs and the Putative Class*

*-and-*

**WHITEPAGES, INC.**

2

/s/ Bryan K. Clark
Blaine C. Kimrey
Bryan K. Clark
Jonathon P. Reinisch
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

*Attorneys for defendant Whitepages, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 24, 2022, I caused to be electronically filed the foregoing **JOINT STATUS REPORT**, which will be served electronically on all registered parties of record.

                                                 */s/ Roberto Costales*