# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Stephanie Lukis, et al.

                     Plaintiff,

v.                                                   Case No.: 1:19–cv–04871

                                                         Honorable Gary Feinerman

Whitepages Incorporated

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 13, 2022:

    MINUTE entry before the Honorable Gary Feinerman:MOTION to substitute party [244] is granted. J.B.1, J.B.2, J.B.3, and J.B.4, by and through their mother, Crystal Sanchez, are substituted as plaintiff for Shawn Brown. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.