# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS, MANTAS NORVAISAS, and J.B.1, J.B.2, J.B.3, and J.B.4, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 19-cv-04871 |
| v. | Hon. Gary S. Feinerman |
| WHITEPAGES, INC., | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's April 5, 2022 Order, (dkt. 243), plaintiffs Stephanie Lukis, Mantas Norvaisas, and J.B.1, J.B.2, J.B.3, and J.B.4 ("Plaintiffs") and defendant Whitepages, Inc. ("Defendant") (together, the "Parties") respectfully state as follows:

1. On March 21, 2022, the Parties informed the Court that they anticipated filing a global class action settlement involving this action and the claims alleged in *Kolebuck-Utz v. Whitepages Inc.*, 2:2021-cv-00053 (W.D. Wash). (Dkt. 240.)

2. On April 4, 2022, the Parties informed the Court that they were very close to reaching agreement on the proposed class action settlement and explained the logistical steps needed to be taken before moving for preliminary approval of the settlement. (Dkt. 242.)

3. Since then, the Parties have taken the first logistical step (*see* dkts. 242 at ¶ 2(a), 244, 245), have reached agreement on the proposed class action settlement, have finalized the written settlement agreement, and are now obtaining executions from all parties.

1

4. Once the class action settlement agreement is fully executed, Plaintiffs will complete the two remaining logistical steps outlined in their previous status report (dkt. 242, ¶¶ 2(b), (c)), and will move for preliminary approval of the settlement, all on the same day.

Respectfully submitted,

**STEPHANIE LUKIS, MANTAS NORVAISAS, and J.B.1, J.B.2, J.B.3, and J.B.4**, individually and on behalf of all others similarly situated,

Dated: April 20, 2022      By: /s/ J. Eli Wade-Scott
                       One of Plaintiffs' Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

Roberto L. Costales, Esq.
rlc@beaumontcostales.com
William H. Beaumont, Esq.
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000

**WHITEPAGES, INC.,**

Dated: April 20, 2022      By: /s/ Bryan K. Clark (with authorization)
                       One of Defendant's Attorneys

Blaine C. Kimrey
bkimrey@vedderprice.com
Bryan K. Clark

2

bclark@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel: (312) 609-7500