**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FATIMA BUTLER and JULIA SCHOLZ-PINGER, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 19-cv-04871 |
| v. | Hon. Gary S. Feinerman |
| WHITEPAGES, INC., | |
| Defendant. | |

<u>**NOTICE OF ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT**</u>

Plaintiffs Fatima Buter and Julia Scholz-Pinger ("Plaintiffs") hereby notify the Court of an Addendum to their Class Action Settlement Agreement, attached hereto as Exhibit 1.

1.      On April 28, 2022, Plaintiffs moved for preliminary approval of the parties' Class Action Settlement Agreement. (Dkt. 251.) The motion is set for hearing this Friday, May 20, 2022, at 9:15 a.m. (Dkt. 255.)

2.      As detailed in the attached Addendum, the parties have modified the notice program to ensure that it reaches as many class members as possible with direct notice and reminder notices.

3.      Specifically, the Addendum first clarifies that the Settlement Administrator has the authority to obtain email addresses for members of the Illinois Settlement Class and the Ohio Settlement Class for purposes of sending notice. Second, the Addendum provides that the second round of reminder notices will include notice via both U.S. Mail and email (as opposed to just email).

4.     The Addendum has no effect on the arguments made in Plaintiffs' motion for preliminary approval, other than to strengthen the direct notice program described in Plaintiffs' motion.

Respectfully submitted,

**FATIMA BUTLER** and **JULIA SCHOLZ-PINGER**, individually and on behalf of all others similarly situated,

Dated: May 19, 2022

By: /s/ J. Eli Wade-Scott
One of Plaintiffs' Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

Roberto L. Costales, Esq.
rlc@beaumontcostales.com
William H. Beaumont, Esq.
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000