# EXHIBIT 2

fmla

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| FATIMA BUTLER and JULIA SCHOLZ-PINGER, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>WHITEPAGES, INC.,<br><br>               Defendant. | Case No. 19-cv-04871<br><br>Hon. Gary S. Feinerman |

## PERCENTAGE FEE AWARDS AND
## INCENTIVE AWARDS IN SIMILAR STATUTORY PRIVACY CASES

| CHART 1 – STATUTORY PRIVACY CASES IN ILLINOIS AWARDING 35% OR MORE OF COMMON FUND | | |
|---|---|---|
| **Case** | **Judge** | **Fund Size** |
| *Alvarado v. Int'l Laser Prods., Inc.*, No. 18-cv-7756, dkt. 70 (N.D. Ill. Jan. 24, 2020) (BIPA case) | Pallmeyer, J. | $895,788.74 |
| *Lopez-McNear v. Superior Health Linens, LLC*, No. 19-cv-2390, dkt. 69 (N.D. Ill. Apr. 27, 2021) (BIPA case) | Pallmeyer, J. | $790,000.00 |
| *Neals v. ParTech, Inc.*, No. 19-cv-05660, dkt. 140 (N.D. Ill. July 20, 2022) (BIPA case) | Valderrama, J. | $790,000.00 |
| *Cornejo v. Amcor Rigid Plastics USA, LLC*, No. 18-cv-07018, dkt. 57 (N.D. Ill. Sept. 10, 2020) (BIPA case) | Pacold, J. | $175,000.00 |
| *Kusinski v. ADP LLC*, 2017-CH-12364 (Cir. Ct. Cook Cnty. Feb. 10, 2021) (BIPA case) | Atkins, J. | $25,000,000.00 |
| *Miracle-Pond v. Shutterfly*, 2019-CH-07050 (Cir. Ct. Cook Cnty. Sept. 9, 2021) (BIPA case) | Mitchell, J. | $6,750,000.00 |
| *Barnes v. Aryzta*, No. 2017-CH-11312 (Cir. Ct. Cook Cnty. Nov. 13, 2020) (BIPA case) | Moreland, J. | $2,900,000.00 |
| *Lark, et al v. McDonald's USA, LLC, et al.*, No. 17-L-559 (Cir. Ct. St. Clair Cnty. Feb. 28, 2022) (BIPA case; awarding 37% of fund) | Rudolf, J. | $50,000,000 |

| CHART 2 - STATUTORY PRIVACY CASES IN ILLINOIS AWARDING 40% OF COMMON FUND | | |
|---|---|---|
| **Case** | **Judge** | **Fund Size** |
| *Willis v. iHeartMedia, Inc.*, No. 16-CH-2455 (Cir. Ct. Cook Cnty. Aug. 11, 2016) (TCPA case) | Atkins, J. | $8,500,000.00 |
| *Prelipceanu v. Jumio Corp.*, 2018-CH-15883 (Cir. Ct. Cook Cnty. July 21, 2020) (BIPA case) | Mullen, J. | $7,000,000.00 |
| *Sekura v. L.A. Tan Enters., Inc.*, 2015-CH-16694 (Cir. Ct. Cook Cnty. Dec. 1, 2016) (BIPA case) | Garcia, J. | $1,500,000.00 |
| *McGee v. LSC Commc'ns, Inc.*, 2017-CH-12818 (Cir. Ct. Cook Cnty. Nov. 11, 2019) (BIPA case) | Atkins, J. | $700,000.00 |
| *Zepeda v. Intercontinental Hotels Grp., Inc.*, 2018-CH-02140 (Cir. Ct. Cook Cnty.) (BIPA case) | Atkins, J. | $500,000.00 |
| *Svagdis v. Alro Steel Corp.*, 2017-CH-12566 (Cir. Ct. Cook Cnty. Jan. 14, 2019) (BIPA case) | Larsen, J. | $300,000.00 |
| *Zhirovetskiy v. Zayo Grp., LLC*, 2017-CH-09323 (Cir. Ct. Cook Cnty. Apr. 8, 2019) (BIPA case) | Flynn, J. | $900,000.00[1] |

---

[1]     Though the percentage fee award was based on a $990,000 fund, individual payments were capped at $400, and the settlement allowed for up to $490,000 of unclaimed funds to revert back to defendant.