# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Fatima Butler, et al.

                                       Plaintiff,

v.                                                      Case No.: 1:19–cv–04871
                                                        Honorable Gary Feinerman

Whitepages Incorporated

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Fairness hearing held. Motion hearing held. For the reasons stated on the record, Plaintiffs' motion for attorneys' fees, expenses, and incentive award [266] and Plaintiffs' motion for final approval of class action settlement [272] are granted. For the reasons stated on the record, Gloria S. Ormuz and Amy L. Hathaway are excluded from the class. Enter final approval order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.